

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00817-CR

Randy Carl **STIFFLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st/218th Judicial District Court, Atascosa County, Texas
Trial Court No. 21-11-0454-CRA
Honorable Jennifer M. Dillingham, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 28, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice